UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALLA V. STEPANETS, )<br>)<br>Defendant. )<br>) | Court No.: 14-cr-10363-RGS-8 |

## VERDICT FORM

### COUNT 2
*(Racketeering Conspiracy)*

As to the offense of racketeering conspiracy as charged in Count 2 of the Indictment, we the jury unanimously find defendant ALLA V. STEPANETS:

Not Guilty    X                Guilty _____

### COUNT 3
*(Conspiracy to Defraud the United States)*

As to the offense of conspiracy to defraud the United States as charged in Count 3 of the Indictment, we the jury unanimously find defendant ALLA V. STEPANETS:

Not Guilty    X                Guilty _____

### COUNTS 96-98, 101-103, 108
*(Introduction of Misbranded Drugs into Interstate Commerce
with Intent to Defraud and Mislead – No Prescriptions)*

As to the offense of introducing misbranded drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 96-98, 101-103, and 108 of the Indictment, we the jury unanimously find defendant ALLA V. STEPANETS:

| Count | Date of Shipment | Location | Description | Not Guilty | Guilty | Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 96 | 2/18/2010 | Lincoln, Nebraska | 60 vials of betamethasone repository | | X | |
| 97 | 4/22/2010 | Lincoln, Nebraska | 60 vials of betamethasone repository | | X | |
| 98 | 6/11/2010 | Lincoln, Nebraska | 60 vials of betamethasone repository | | X | |
| 101 | 11/16/2010 | Lincoln, Nebraska | 60 vials of betamethasone repository | | X | |
| 102 | 12/30/2010 | San Marcos, Texas | 10 vials of betamethasone repository, 10 vials of methylprednisolone acetate, 10 vials of triamcinolone | | X | |
| 103 | 5/3/2011 | San Marcos, Texas | 20 vials of betamethasone repository, 5 vials of methylprednisolone acetate, 5 vials of triamcinolone | | X | |
| 108 | 3/20/2012 | Elkhart, Indiana | 12 vials of betamethasone repository | X | | |

The foregoing answers are the unanimous verdict of the jury as to whether ALLA V. STEPANETS is guilty or not guilty of each of the Counts of the Indictment in which she is named.

12/13/2018
Date

_____
Foreperson