UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 14-CR-10363-RGS |
| ALLA STEPANETS | ) ) | |
| Defendant. | ) ) ) | |

## MOTION OF DEFENDANT ALLA STEPANETS FOR JUDGMENT OF ACQUITTAL OR, ALTERNATIVELY, A NEW TRIAL

Defendant Alla Stepanets moves under Fed. R. Crim. P. 29(c) for Judgment of Acquittal as to Counts 96, 97, 98, 101, 102, and 103 of the Indictment. In so moving, Ms. Stepanets does not waive her pending motion pursuant to Fed. R. Crim. P. 29(a). Alternatively, Ms. Stepanets moves for a new trial on those counts pursuant to Fed. R. Crim P. 33(a).

Consistent with the briefing schedule established by the Court in its Order dated

December 21, 2018 (Docket No. 1821), Ms. Stepanets will submit a memorandum of law in support of this motion on or before January 25, 2019.

ALLA V. STEPANETS
By her attorney,

*/s/ John H. Cunha, Jr.*
John H. Cunha, Jr.
B.B.O. No. 108580
Helen Holcomb
B.B.O. No. 547538
CUNHA & HOLCOMB, P.C.
1 State Street, Suite 500
Boston, MA 02109
(617) 523-4300
cunha@cunhaholcomb.com
holcomb@cunhaholcomb.com

Date: December 21, 2018

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed on December 21, 2018 via the ECF system, and was sent electronically on that date to the parties' counsel of record.

/s/   John H. Cunha Jr.
John H. Cunha Jr.